HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. F. E. REYNOLDS, Respondent.— Order affirmed, without costs.    All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. HELEN STONE, Respondent.— Order affirmed, without costs.    All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. CHARLES HOLBROOK, Respondent.— Order affirmed, without costs.    All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. J. W. O'HERON, Respondent.— Order affirmed, without costs.    All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. J. E. NORTON, Respondent.— Order affirmed, without costs.    All concur.

CHRISTINA H. WORDEN, as Administratrix, etc., Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

EVERETT I. WEAVER, Appellant, v. PACIFIC IMPROVEMENT COMPANY and Others, Respondents.    FRANK SULLIVAN SMITH, Individually and as Receiver of PITTSBURGH, SHAWMUT AND NORTHERN RAILROAD COMPANY, etc., Appellants, v. PACIFIC IMPROVEMENT COMPANY and Others, Respondents.— Appeal in each case transferred to the Appellate Division, Second Department, in furtherance of justice, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.    Clark, J., being disqualified and not sitting.

In the Matter of FREDERICK G. SPENCER, an Attorney and Counselor at Law.— Order entered designating the district attorney of Cayuga county to act as prosecuting attorney in the disbarment proceedings herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMELLO TRIMARCHI, Appellant.— Judgment of conviction and order reversed and new trial granted, upon questions of law only, the facts having been examined and no error found therein.    Held, that the defendant was not given the full benefit of the rule respecting evidence of good character, and that the exceptions to rulings of the trial court in charging the jury upon that question are well taken.    All concur.